# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00255 |
| | ) | Judge Trauger |
| BENJI AMOS | ) | |

## O R D E R

A hearing was held on October 29, 2013 on the Superseding Petition to Revoke Supervision. (Docket No. 77) At the outset of the hearing, the parties announced an agreed disposition that is acceptable to the court. The defendant pled guilty to all four violations in the Superseding Petition, and the court finds those violations **ESTABLISHED**.

It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, and he is sentenced to serve seven (7) months in the custody of the Bureau of Prisons, which time shall run concurrently with any time to be imposed for the still pending Metro Nashville charge of falsely reporting an emergency. No additional period of supervision will follow. The court recommends that the defendant receive mental health treatment while he is incarcerated.

It is further **ORDERED** that the defendant shall self-report to the United States Marshal's Office for this district by 2:00 p.m. on November 20, 2013.

It is so **ORDERED**.

ENTER this 29th day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge